UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D. D., et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>COOPERSURGICAL, INC., et al.,<br><br>　　　　　Defendants. | Case No. 24-cv-03527-TSH<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Jon S. Tigar for consideration of whether the case is related to *E.F. v. CooperSurgical, Inc.*, 24-cv-00643-JST.

**IT IS SO ORDERED.**

Dated: June 12, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　　　　THOMAS S. HIXSON
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge