| | |
|---|---|
| 1 | Sarah R. London (State Bar No. 267083) |
|   | slondon@lchb.com |
| 2 | Tiseme G. Zegeye (State Bar No. 319927) |
|   | tzegeye@lchb.com |
| 3 | Lieff Cabraser Heimann & Bernstein, LLP |
|   | 275 Battery Street, 29th Floor |
| 4 | San Francisco, CA  94111-3339 |
|   | Telephone:  415.956.1000 |
| 5 | Facsimile:  415.956.1008 |
| 6 | Hannah R. Lazarz (*pro hac vice forthcoming*) |
|   | hlazarz@lchb.com |
| 7 | Lieff Cabraser Heimann & Bernstein, LLP |
|   | 222 2nd Avenue South, Suite 1640 |
| 8 | Nashville, TN  37201-2379 |
|   | Telephone:  615.313.9000 |
| 9 | Facsimile:  615.313.9965 |
| 10 | *Attorneys for Plaintiffs D.D. and E.E.* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.D. and E.E., | Case No. 4:24-cv-03527-JST |
| Plaintiffs, | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| v. | |
| THE COOPER COMPANIES, INC.; COOPERSURGICAL, INC.; and DOES 1-10, inclusive, | |
| Defendants. | |

Plaintiffs D.D. and E.E. hereby give notice of the voluntary dismissal of their action as to all defendants, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), no defendants having served an answer or a motion for summary judgement.

Dated: December 18, 2024

Respectfully submitted,

 */s/ Sarah R. London*
Sarah R. London (State Bar No. 267083)
slondon@lchb.com
Tiseme G. Zegeye (State Bar No. 319927)
tzegeye@lchb.com
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  415.956.1000
Facsimile:  415.956.1008

Hannah R. Lazarz (*pro hac vice forthcoming*)
hlazarz@lchb.com
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
222 2nd Avenue South, Suite 1640
Nashville, TN  37201-2379
Telephone:  615.313.9000
Facsimile:  615.313.9965

*Attorneys for Plaintiffs D.D. and E.E.*